**Order entered September 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01019-CV

**PHYLLIS SLICKER, Appellant**

**V.**

**LESLIE G. MARTIN, P.C., Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15742**

## ORDER

Before the Court is appellant's September 20, 2019 opposed motion for leave to file a reply in support of her emergency motion to enforce notice of cash deposit in lieu of bond. Attached to the motion is the reply she would like to file.

We **GRANT** the motion and **ORDER** appellant to file the reply no later than September 27, 2019.

/s/     KEN MOLBERG
         JUSTICE